# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   JOSHUA A. JOHNSON & SHRHONDA E. JOHNSON                    Case Number: 05-70256
         602 JACKSON STREET                    SSN-xxx-xx-8679 & xxx-xx-9201
         PROPHETSTOWN, IL  61277

|  |  |
|---|---|
| Case filed on: | 1/25/2005 |
| Plan Confirmed on: | 4/29/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $30,327.97          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | EHRMANN GEHLBACH BADGER & LEE | 1,552.65 | 1,552.65 | 1,552.65 | 0.00 |
|  | Total Legal | 1,552.65 | 1,552.65 | 1,552.65 | 0.00 |
|  |  |  |  |  |  |
| 203 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | JOSHUA A. JOHNSON | 0.00 | 0.00 | 527.97 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 527.97 | 0.00 |
|  |  |  |  |  |  |
| 001 | I.H. MISSISSIPPI VALLEY CREDIT | 1,990.00 | 1,676.57 | 1,676.57 | 184.80 |
| 002 | MORRISON CREDIT UNION | 9,065.00 | 9,065.00 | 9,065.00 | 1,888.19 |
| 003 | WELLS FARGO | 6,990.40 | 6,990.40 | 6,990.40 | 477.44 |
|  | Total Secured | 18,045.40 | 17,731.97 | 17,731.97 | 2,550.43 |
|  |  |  |  |  |  |
| 002 | MORRISON CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCED RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN FURNITURE & ELECTRONICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 2,940.98 | 2,940.98 | 1,230.71 | 0.00 |
| 009 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CORNERSTONE CREDIT UNION | 1,629.22 | 1,629.22 | 681.78 | 0.00 |
| 011 | CORNERSTONE CREDIT UNION | 2,094.62 | 2,094.62 | 876.53 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 1,933.32 | 1,933.32 | 809.03 | 0.00 |
| 013 | DISCOVER FINANCIAL SERVICES | 3,663.16 | 3,663.16 | 1,532.92 | 0.00 |
| 014 | FRONTIER COMMUNICATIONS | 287.56 | 287.56 | 120.34 | 0.00 |
| 015 | GENESIS HEALTH GROUP | 373.31 | 373.31 | 156.21 | 0.00 |
| 016 | HAMMOND HENRY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ILLINI HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ILLINI HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | IOWA HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JOHN LENO | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MCI RESIDENTIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MCI RESIDENTIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MED-PAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | QUAD CORPORATION | 64.50 | 64.50 | 26.99 | 0.00 |
| 025 | MORRISON COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RIVER VALLEY HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WILLIAM & RHONDA STEPHENS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RRCA ACCOUNTS MANAGEMENT | 5.98 | 5.98 | 2.50 | 0.00 |
| 029 | RRCA ACCOUNTS MANAGEMENT | 333.39 | 333.39 | 139.51 | 0.00 |
| 030 | RRCA ACCOUNTS MANAGEMENT | 187.11 | 187.11 | 78.30 | 0.00 |
| 031 | RRCA ACCOUNTS MANAGEMENT | 49.17 | 49.17 | 20.57 | 0.00 |
| 032 | RRCA ACCOUNTS MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | QUAD CORPORATION | 19.00 | 19.00 | 7.96 | 0.00 |
| 034 | QUAD CORPORATION | 65.00 | 65.00 | 27.20 | 0.00 |
| 035 | QUAD CORPORATION | 13.00 | 13.00 | 5.44 | 0.00 |
| 036 | QUAD CORPORATION | 68.40 | 68.40 | 28.63 | 0.00 |
| 037 | QUAD CORPORATION | 19.50 | 19.50 | 8.16 | 0.00 |
| 038 | QUAD CORPORATION | 26.20 | 26.20 | 10.96 | 0.00 |
| 039 | QUAD CORPORATION | 14.20 | 14.20 | 5.95 | 0.00 |
| 040 | QUAD CORPORATION | 65.50 | 65.50 | 27.41 | 0.00 |
| 041 | QUAD CORPORATION | 14.20 | 14.20 | 5.95 | 0.00 |
| 042 | QUAD CORPORATION | 32.50 | 32.50 | 13.60 | 0.00 |
| 043 | QUAD CORPORATION | 68.40 | 68.40 | 28.63 | 0.00 |
| 044 | QUAD CORPORATION | 64.00 | 64.00 | 26.78 | 0.00 |
| 045 | QUAD CORPORATION | 13.40 | 13.40 | 5.60 | 0.00 |
| 046 | QUAD CORPORATION | 78.30 | 78.30 | 32.77 | 0.00 |
| 047 | QUAD CORPORATION | 63.40 | 63.40 | 26.53 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 048 | QUAD CORPORATION | 187.50 | 187.50 | 78.46 | 0.00 |
| 049 | QUAD CORPORATION | 11.40 | 11.40 | 4.77 | 0.00 |
| 050 | QUAD CORPORATION | 20.07 | 20.07 | 8.38 | 0.00 |
| | Total Unsecured | 14,406.29 | 14,406.29 | 6,028.57 | 0.00 |
| | Grand Total: | 34,004.34 | 33,690.91 | 25,841.16 | 2,550.43 |

Total Paid Claimant:      $28,391.59
Trustee Allowance:         $1,936.38
Percent Paid Unsecured:      41.85

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009          By  /s/Heather M. Fagan